# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MAURICE SHOATZ, | : | No. 33 EAP 2016 |
| | : | |
| Appellant | : | Appeal from the order of the |
| | : | Commonwealth Court of Pennsylvania |
| | : | at No. 335 MD 2016, dated July 5, |
| v. | : | 2016, exited July 6, 2016. |
| | : | |
| | : | |
| COMMONWEALTH OF PA., TOM WOLF, | : | |
| GOVERNOR, COMMONWEALTH OF PA | : | |
| DEPT. OF CORRECTIONS, JOHN E. | : | |
| WETZEL, SECRETARY, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

   **AND NOW,** this 22nd day of February, 2017, the Order of the Commonwealth Court is **AFFIRMED**.